IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
FILED
DEC 1 2 2025
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

UNITED STATES OF AMERICA,

v.                                                                          25-CR-208

DAVID JOSE GOMEZ CEGARRA,

Defendant.

## INFORMATION
(Title 18, United States Code, Section 2113(b))

## COUNT 1

**(Bank Larceny)**

**The United States Attorney Charges That:**

On or about October 5, 2024, in the Western District of New York, the defendant,

**DAVID JOSE GOMEZ CEGARRA**, did take and carry away, with intent to steal and purloin,

money of a value exceeding $1,000, namely, approximately $109,620.00 in United States

Currency, belonging to and in the care, custody, control, management, and possession of Radius

Federal Credit Union, 2853 Delaware Ave., Kenmore, New York, a federal credit union the

deposits of which were insured by the National Credit Union Administration.

**All in violation of Title 18, United States Code, Sections 2113(b) and 2.**

DATED:  Buffalo, New York, December 12, 2025

MICHAEL DIGIACOMO
United States Attorney

BY:     s/JEFFREY E. INTRAVATOLA
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York  14202
716/843-5858
Jeffrey.Intravatola@usdoj.gov